No. 40402.—Protest 837262–G of New York Merchandise Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of uninflated rubber balls or so-called beach balls the same as those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.

No. 40403.—Protest 552975–G of Kellog Van Winkle (Los Angeles).

Opinion by BROWN, J. On the authority of *Willet* v. *United States* (T. D. 48134) the claim for free entry under paragraph 1812 was sustained.

No. 40404.—Protests 946566–G, etc., of Chong Sing & Co. et al. (San Francisco).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Rapken* v. *United States* (25 C. C. P. A. 268, T. D. 49393) the wine in question was held dutiable at 40 cents per pound and 25 percent ad valorem under paragraph 24 as claimed.

No. 40405.—Protest 922571–G of R. H. Macy & Co., Inc. (New York).

Opinion by BROWN, J. This protest was submitted without evidence. On the record presented it was overruled.

No. 40406.—Protests 620278–G, etc., of Butler Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the hair curlers in question were held dutiable at 40 percent under paragraph 339 as claimed.